ABRAHAM WEISBERG, ADMINISTRATOR, ETC., PLAIN-
TIFF-RESPONDENT, v. CAROLINE KOPROWSKI, DE-
FENDANT-PETITIONER.

*Mr. Louis Santorf* for the petitioner.

*Messrs. Marcus & Levy* and *Mr. Harry Shashin* for the respondent.

September 20, 1954.   Granted.

ANTHONY LIVORSE, PLAINTIFF-RESPONDENT, v. MI-
CHAEL V. SANTORO, DEFENDANT-PETITIONER.

*Mr. Albert M. Neiss* and *Mr. Frank Fink* for the petitioner.

*Messrs. Nitto, Piscopo & Nitto* and *Mr. George F. Losche* for the respondent.

September 20, 1954.   Denied.